# EXHIBIT 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X    Index No.
CAC ATLANTIC LLC,
                                                                        **SUMMONS**
                                    Plaintiff,

            -against-                                                   Plaintiff's Address:
                                                                        1412 Broadway, 3rd Floor
HARTFORD FIRE INSURANCE COMPANY                                         New York, NY 10018

                                    Defendant.                          *The basis of the venue
-------------------------------------------------------------------X    designated is:*
                                                                        Plaintiff's Address

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer on the Plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York and in case of your failure to Answer, judgment will be taken against you by default for the relief demanded in the annexed Complaint with interest from the date the cause of action arose, costs, disbursements and attorneys fees.

Dated: New York, New York
       June 9, 2016

                                                    _____
                                                    Matthew S. Aboulafia, Esq.
                                                    Aboulafia Law Firm LLC
                                                    *Attorneys for Plaintiff*
                                                    228 East 45th Street, Suite 1700
                                                    New York, NY 10017
                                                    (212) 684-1422

TO:     Hartford Fire Insurance Company
        One Hartford Plaza
        Hartford, CT 06155
        *Service via Dept. of Financial Services*

1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X    Index No.
CAC ATLANTIC LLC,

**COMPLAINT**

Plaintiff,

-against-

HARTFORD FIRE INSURANCE COMPANY

Defendant.
---------------------------------------------------------------X

  Plaintiff, by its attorneys, Aboulafia Law Firm LCC, as and for its Complaint, herein allege upon information and belief as follows:

1. At all times hereinafter mentioned, Plaintiff CAC ATLANTIC LLC, is a limited liability company duly operating in the State of New York, and maintaining an office at 1412 Broadway, 3rd Floor, New York, NY 10018.

2. At all times hereinafter mentioned, Plaintiff CAC ATLANTIC LLC, had an ownership interest and insurable interest in the property located at 66 Beorum Place, Brooklyn, NY. (hereinafter "Subject Premises")

3. At all times hereinafter mentioned, Defendant HARTFORD FIRE INSURANCE COMPANY (hereinafter "HARTFORD") was and still is a corporation authorized, licensed, admitted and/or engaged in the business of providing insurance and being an insurer in the State of New York, and located at One Hartford Plaza Hartford, CT 06155.

### AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANT HARTFORD

2

4. On or about August 23, 2013, Defendant HARTFORD made and issued to Plaintiff for good and valuable consideration a certain policy of insurance bearing policy number 12 MS ZA2505 wherein and whereby Defendant did insure the Subject Premises.

5. That on or about March 16, 2015, while said policy was in full force and effect, Plaintiff suffered a loss by a covered peril of the property insured by Defendant.

6. At all relevant times, Plaintiff had an insurable interest in the aforementioned property.

7. As a result of the loss, Plaintiff has sustained damages in the sum of at least $16,500,000.00.

8. Defendant HARTFORD has declined to indemnify Plaintiff for the loss sustained although claim has been duly made and all conditions of the policy have been met.

9. As a result of Defendant's breach of contract, Plaintiff has been damaged in the sum of at least $16,500,000.00.

**WHEREFORE,** it is respectfully requested that Plaintiff CAC ATLANTIC LLC, have judgment against Defendant HARTFORD FIRE INSURANCE COMPANY on the First cause of action in the sum of at least $16,500,000.00, with interest from March 13, 2015, and for costs and disbursements of this action.

Dated: New York, New York
       June 9, 2016

_____
Matthew S. Aboulafia, Esq.
Aboulafia Law Firm LLC
*Attorneys for Plaintiff*
228 East 45th Street, Suite 1700
New York, NY 10017
(212) 684-1422