UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAC ATLANTIC LLC,

          Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

          Defendant.
------------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY,

          Third-Party Plaintiff,

v.

HARCO CONSTRUCTION LLC,
HARCO CONSULTANTS CORP.,
and ACHS MANAGEMENT CORP.,

          Third-Party Defendants.
------------------------------------------------------------X

Case No. 1:16-cv-5454

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned counsel of record for the parties to the above-captioned action hereby stipulate that the above-captioned action be, and the same hereby is, dismissed with prejudice and without costs to any party as against the other.

Dated: New York, New York
October 3, 2018

| ABOULAFIA LAW FIRM, LLC | MOUND COTTON WOLLAN & GREENGRASS LLP |
|---|---|
| By: _____<br>Matthew S. Aboulafia<br>*Attorneys for Plaintiff/Third Party Defendants CAC Atlantic LLC, Harco Construction LLC, Harco Consultants Corp., and ACHS Management Corp.*<br>228 East 45th Street, Suite 1700<br>New York, NY 10017<br>Ph: (212) 684-1422<br>Fax: (212) 684-1428 | By: /s/ Sanjit Shah<br>Sanjit Shah<br>*Attorneys for Defendant/Third-Party Plaintiff Hartford Fire Insurance Company.*<br>One New York Plaza, 44th Floor<br>New York, NY 10004-1901<br>Ph.: (212) 804-4200<br>Fax: (212) 344-8066 |

**S O   O R D E R E D:**            _____
                                    Hon. Gregory H. Woods